# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-02535-BAS |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |
| CARLOS EDUARDO HUERTA-PALACIOS, | |
| Defendant. | |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Indictment in this case is hereby dismissed without prejudice.

DATED: September 19, 2019          **SO ORDERED.**

_____
CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE